IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALFREDERICK JONES | : | NO. 09-269 |

## **ORDER**

AND NOW, this 24th day of November, 2009, Defendant Alfrederick Jones's Motion to Suppress (Document 6) is DENIED.

BY THE COURT:

/s/ JUAN R. SÁNCHEZ
JUAN R. SÁNCHEZ, J.