IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION No. 09-269 |
| | : | |
| v. | : | CIVIL ACTION No. 12-2046 |
| | : | |
| ALFREDERICK JONES | : | |

## **ORDER**

AND NOW, this 10th day of June, 2014, upon consideration of Defendant Alfrederick Jones's pro se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, the Government's response thereto, and the record in this case, and for the reasons set forth in the accompanying Memorandum, it is ORDERED Jones's motion (Document 40) is DENIED without an evidentiary hearing.  Jones having failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability shall not issue.

The Clerk of Court is directed to mark both of the above-captioned cases CLOSED.


BY THE COURT:


   /s/ Juan R. Sánchez   
Juan R. Sánchez, J.